HARMEET K. DHILLON, ESQ (SBN: 207873)
DAVID LIHWEI LIN, ESQ. (SBN: 243448)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs
Sigma Six Technologies, Inc. and
Sigma Six Consulting, LLC.

**IT IS SO ORDERED**
Judge James Ware
3/19/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| SIGMA SIX TECHNOLOGIES, INC., a New York corporation and SIGMA SIX CONSULTING, LLC, a New York limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> NAGARRO, INC., a New Jersey corporation, T-SYSTEMS INTERNATIONAL GmbH, a German business entity, and DOES 1-100. <br><br> Defendants. | Case No.  CV 08 5633 JW <br><br> **Stipulation** |

Stipulation                                                                 Dhillon & Smith LLP

Page 1

Plaintiffs Sigma Six Technologies, Inc. and Sigma Six Consulting, LLC ("Plaintiffs") and Defendant Nagarro, Inc. ("Nagarro") by and through their counsel of record, hereby agree and stipulate to the correction of a typographical error in the Complaint by deleting the words "Conversion" and "Tortious Interference with Economic Advantage" from the caption of the Complaint.

The aforementioned parties agree that this stipulation does not preclude Plaintiffs from asserting additional causes of action at a future date, should such causes of action otherwise be allowable. The aforementioned parties further agree that Nagarro reserves its right to move for dismissal of any claims it deems unsupported by facts or law.

Dated: March 12, 2009

*[signature]*

_____
Harmeet K. Dhillon, Esq.
Dhillon & Smith LLC
Attorneys for Plaintiffs

Dated: March 12, 2009

//s// Elise R. Vasquez
_____
Elise R. Vasquez, Esq.
Ropers, Majeski, Kohn & Bentley
Attorneys for Defendant Nagarro, Inc.