HARMEET K. DHILLON, ESQ (SBN: 207873)
HAROLD P. SMITH, ESQ. (SBN: 126985)
DAVID LIHWEI LIN, ESQ. (SBN: 243448)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs
Sigma Six Technologies, Inc. and
Sigma Six Consulting, LLC.

*DENIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| SIGMA SIX TECHNOLOGIES, INC., a New York corporation and SIGMA SIX CONSULTING, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAGARRO, INC., a New Jersey corporation, T-SYSTEMS ENTERPRISE SERVICES GmbH, a German business entity, and DOES 1-10.<br><br>Defendants. | Case No. CV-08-5633 JW<br><br>[PROPOSED] ORDER RE STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION PAPERS |

**Order**                                                                        **DHILLON & SMITH LLP**

Page 1

1 | Upon review of the Stipulated Request for Extension of Time for Plaintiffs to file their Opposition Papers , the Court DENIES the Stipulation as untimely.  At anytime in the last two weeks Plaintiffs could have asked the Court for an extension.  A Stipulation filed on the Opposition due date does not provide the Court with sufficient time to evaluate the merits of the underlying motion.  Accordingly, Plaintiffs shall file their Opposition today, April 6, 2009 before midnight.

Dated:  April 6, 2009

_____
The Hon. James Ware
United States District Court Judge

**Order**  **DHILLON & SMITH LLP**

Page 2