MICHAEL J. IOANNOU (SBN 95208)
ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:      (408) 287-6262
Facsimile:       (408) 918-4501
Email: mioannou@rmkb.com
           evasquez@rmkb.com

Attorneys for Defendant
NAGARRO, INC.

[STAMP: DENIED  /s/ James Ware  Judge James Ware]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIGMA SIX TECHNOLOGIES, INC., a New York corporation and SIGMA SIX CONSULTING, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAGARRO, INC., a New Jersey corporation, T-SYSTEMS ENTERPRISE SERVICES GmbH, a German business entity, and DOES 1-10,<br><br>Defendants. | CASE NO. C08-05633 JW (PVT)<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT NAGARRO, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER**<br><br><br>Judge:  The Honorable James Ware |

IT IS HEREBY STIPULATED, by and between Defendant Nagarro, Inc. and Plaintiffs Sigma Six Technologies, Inc., and Sigma Six Consulting, LLC, through their respective counsel of record, that Defendant Nagarro, Inc. have an extension of time, to and including April 20, 2009, to file its response to Plaintiffs' Complaint.

IT IS SO STIPULATED:

///

///

///

| | |
|---|---|
| Dated: April 6, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Michael J. Ioannou |
| | MICHAEL J. IOANNOU |
| | ELISE R. VASQUEZ |
| | Attorneys for Defendant |
| | NAGARRO, INC. |
| Dated: April 6, 2009 | DHILLON & SMITH LLP |
| | By: (See attached Exhibit "A.") |
| | HARMEET K. DHILLON |
| | DAVID LIN |
| | Attorneys for Plaintiffs |
| | SIGMA SIX TECHNOLOGIES, INC. and |
| | SIGMA SIX CONSULTING, LLC |

**ORDER**

Since Plaintiffs have filed a timely opposition, Defendants shall file their Reply on or before **April 13, 2009** consistent with the schedule as set forth in the Civil Local Rules.

Dated: April 7, 2009

_____
THE HONORABLE JUDGE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE