1  MICHAEL J. IOANNOU (SBN 95208)
   ELISE R. VASQUEZ (SBN 201190)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA  95113-2429
   Telephone:     (408) 287-6262
4  Facsimile:      (408) 918-4501
   Email: mioannou@rmkb.com
5          evasquez@rmkb.com

6  Attorneys for Defendant
   NAGARRO, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  SIGMA SIX TECHNOLOGIES, INC., a          CASE NO. C08-05633 JW (PVT)
    New York corporation and SIGMA SIX
13  CONSULTING, LLC, a New York limited      **STIPULATION TO EXTEND THE TIME**
    liability company,                       **FOR DEFENDANT NAGARRO, INC. TO**
14                                           **RESPOND TO PLAINTIFFS'**
                  Plaintiffs,                **COMPLAINT; [PROPOSED] ORDER**
15
    v.
16
    NAGARRO, INC., a New Jersey
17  corporation, T-SYSTEMS ENTERPRISE
    SERVICES GmbH, a German business
18  entity, and DOES 1-10,
                                             Judge:  The Honorable James Ware
19                Defendants.

20

21          IT IS HEREBY STIPULATED, by and between Defendant Nagarro, Inc. and Plaintiffs

22  Sigma Six Technologies, Inc., and Sigma Six Consulting, LLC, through their respective counsel

23  of record, that Defendant Nagarro, Inc. have an extension of time, to and including April 20,

24  2009, to file its response to Plaintiffs' Complaint.

25          IT IS SO STIPULATED:

26  ///

27  ///

28  ///

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1  Dated: April 6, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                          By: /s/ Michael J. Ioannou

4                                              MICHAEL J. IOANNOU
                                               ELISE R. VASQUEZ
5                                              Attorneys for Defendant
                                               NAGARRO, INC.

6

7  Dated: April 6, 2009                    DHILLON & SMITH LLP

8

9                                          By:  (See attached Exhibit "A.")

10                                             HARMEET K. DHILLON
                                               DAVID LIN
11                                             Attorneys for Plaintiffs
                                               SIGMA SIX TECHNOLOGIES, INC. and
12                                             SIGMA SIX CONSULTING, LLC

13

14

15                                 **<u>ORDER</u>**

16

17         Pursuant to the stipulation between the parties,

18         IT IS HEREBY ORDERED that Defendant Nagarro, Inc. have to and including April 20,

19  2009 to file its response to Plaintiffs' Complaint. Defendant Nagarro, Inc. has complied with
    the filing deadline of this stipulation.  This Order corrects Docket Item No. 43.

20  Dated: ____April 30, 2009____

21                                         _____
                                           THE HONORABLE JUDGE JAMES WARE
22                                         UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose