1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  TINGLEY PIONTKOWSKI, LLP
4  10 Almaden Boulevard, Suite 430
   San Jose, California 95113
5  Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7010

7  MICHAEL R. TURCO (MI Bar No. 48705) (*Pro Hac Vice*)
   turco@bwst-law.com
8  BROOKS WILKINS SHARKEY & TURCO PLLC
9  401 S. Old Woodward, Ste. 460
   Birmingham, Michigan 48009
10 Telephone:    (248) 971-1713
   Facsimile:    (248) 971.1801
11

12 Attorneys for Defendant
13 T-Systems Enterprise Services, GmbH

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware, 7/27/2009]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SIGMA SIX TECHNOLOGIES, INC., a New York corporation and SIGMA SIX CONSULTING, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>vs<br><br>NAGARRO, INC., a New Jersey corporation; T-SYSTEMS ENTERPRISE SERVICES GmbH, a German business entity, and DOES 1-10,<br><br>Defendants. | Case No. C08-05633 JW (PVT)<br><br>**STIPULATION TO EXTEND DEADLINE FOR T-SYSTEMS' ANSWER TO COMPLAINT**<br><br>Judge: The Honorable James Ware<br>Complaint Filed: December 17, 2008 |

1  Based on the parties' stipulation, as confirmed through counsels' authorized electronic signatures below, Plaintiffs Sigma Six Consulting, LLC and Sigma Six Technologies, Inc. stipulate to extend the date by which Defendant T-Systems Enterprise Services GmbH must file its answer to Plaintiffs' complaint, affirmative defenses, and reliance on jury demand until Monday, August 3, 2009.

/s/ Harmeet K. Dhillon
Harmeet K. Dhillon (SBN: 207873)
Attorney for Plaintiffs

Date: July 23, 2009

/s/ Michael R. Turco
Michael R. Turco, *Pro Hac Vice*
Attorney for Defendant T-Systems

Date: July 23, 2009