1   MICHAEL J. IOANNOU (SBN 95208)
    DANIEL P. MCKINNON (SBN 234749)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    50 West San Fernando Street, Suite 1400
3   San Jose, CA  95113-2429
    Telephone:  (408) 287-6262
4   Facsimile:  (408) 918-4501
    Email: mioannou@rmkb.com
5          dmckinnon@rmkb.com

6   Attorneys for Defendant
    NAGARRO, INC.

7

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   SIGMA SIX TECHNOLOGIES, INC., a          CASE NO. C08-05633 JW (PVT)
     New York corporation and SIGMA SIX
13   CONSULTING, LLC, a New York limited      **AMENDED STIPULATION TO MODIFY**
     liability company,                       **SCHEDULING ORDER; [PROPOSED]**
14                                             **ORDER**
                  Plaintiffs,
15
     v.
16
     NAGARRO, INC., a New Jersey
17   corporation, T-SYSTEMS ENTERPRISE
     SERVICES GmbH, a German business
18   entity, and DOES 1-10.
                                              Judge:  The Honorable James Ware
19                Defendants.

20

21        IT IS HEREBY STIPULATED, by and between Plaintiffs SIGMA SIX

22   TECHNOLOGIES, INC. ("SST") and SIGMA SIX CONSULTING, LLC ("SSC") (collectively,

23   "Plaintiffs") and Defendants NAGARRO, INC. ("Nagarro") and T-SYSTEMS ENTERPRISE

24   SERVICES GmbH ("T-Systems"), through their respective counsel of record, and pursuant to

25   Civil Local Rule 6-2, that the dates set forth in the Scheduling Order filed July 9, 2009 (Docket

26   No. 55) be modified as follows:

27   /////

28   /////

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

| Close of All Discovery | July 22, 2010 |
| --- | --- |
| Last Date for Hearing Dispositive Motions (Sixty days after the close of all discovery.) | September 20, 2010 |
| Preliminary Pretrial Conference at 11 a.m. (Thirty days before the close of all discovery.) | June 22, 2010 |
| Preliminary Pretrial Conference Statements (Due 10 days before the conference.) | June 11, 2010 |

The parties stipulate to the modification of the Scheduling Order because they have scheduled an early mediation for September 23, 2009, with The Honorable Peter G. Stone (Ret.) of JAMS. This mediation may resolve some or all of the disputes herein, thereby eliminating the need for the parties to use judicial resources and incur substantial and potentially unnecessary costs related to discovery.

The parties have exchanged initial disclosures and it is apparent from the number of witnesses, who are located throughout the United States, India, Switzerland, Germany, and other countries, as well as the complexity of the issues related to source code and other intellectual property that form the basis for Plaintiffs' claims, that the parties will not have sufficient time to complete discovery by March 22, 2010, the date currently scheduled for discovery to close.

Further, although the parties have agreed to work together to facilitate discovery, it is foreseeable that coordinating the schedules of the attorneys, clients, and other percipient witnesses for depositions both here and abroad will add to the reasonable time the parties will need to complete discovery. Service of process on non-party witnesses located abroad through the Hague Convention, letters rogatory, or other methods for procuring documents and testimony abroad, will also add to the amount of time required to complete discovery.

Finally, under the current Scheduling Order, the parties would have to engage in substantial and costly discovery prior to the September 23, 2009 mediation which, if postponed until after the mediation, will serve as an additional incentive for the parties to resolve some or all of their disputes at the mediation. The parties have been working together to secure an early

RC1/5370722.1/NB

Amended Stipulation to Modify Scheduling Order -
Case No. C08-05633 JW (PVT)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    mediation date.  The date of September 23, 2009, was the first date that was available for the

2    mediator, counsel, client representatives, and their insurers.

3         The parties have previously stipulated regarding filing and responding to Plaintiffs' First

4    Amended Complaint ("FAC"), which was filed August 4, 2009 (Docket No. 61).  Defendants T-

5    Systems and Nagarro filed answers to the FAC on August 10, 2009 (Docket No. 62) and

6    August 24, 2009 (Docket No. 63).

7         The proposed stipulated Scheduling Order tracks the current Scheduling Order by

8    extending all dates by approximately four months.  This will provide the parties a reasonable

9    opportunity to resolve some or all of the disputes through mediation, and if necessary, complete

10   discovery relating to any remaining issues by July 22, 2010.  The parties expect to be ready for

11   trial in the Fall of 2010.  There is currently no trial date set.

12         IT IS SO STIPULATED:

13

14   Dated: August 27, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

15

16                                             By: /s/ Michael J. Ioannou
                                               MICHAEL J. IOANNOU
17                                             Attorneys for Defendant
                                               NAGARRO, INC.

18

19   Dated: August 27, 2009                    DHILLON & SMITH LLP

20

21                                             By: /s/ Harmeet K. Dhillon
                                               HARMEET K. DHILLON
22                                             Attorneys for Plaintiffs
                                               SIGMA SIX TECHNOLOGIES, INC. and
23                                             SIGMA SIX CONSULTING LLC

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5370722.1/NB                             Amended Stipulation to Modify Scheduling Order -
                                             Case No. C08-05633 JW (PVT)

Dated: August 27, 2009                    BROOKS, WILKINS, SHARKEY & TURCO


                                          By: /s/  Michael R. Turco
                                               MICHAEL R. TURCO
                                               (Admitted *Pro Hac Vice*)
                                               Attorneys for Defendant
                                               T-SYSTEMS ENTERPRISE SERVICES
                                               GmbH


        I, Michael J. Ioannou, am the ECF user whose identification and password are being used

to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other

signatories have concurred in this filing.

Dated: August 27, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY


                                          By: /s/ Michael J. Ioannou
                                               MICHAEL J. IOANNOU
                                               Attorneys for Defendant
                                               NAGARRO, INC.


////
////
////
////
////
////
////
////
////
////
////
////

RC1/5370722.1/NB

- 4 -

Amended Stipulation to Modify Scheduling Order -
Case No. C08-05633 JW (PVT)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

# [PROPOSED] ORDER

Pursuant to the above stipulation,

**IT IS HEREBY ORDERED** that the dates set forth in the Scheduling Order filed July 9, 2009 (Docket No. 55) are modified as follows:

| Close of All Discovery | **May 24, 2010** |
|---|---|
| Last Date for Hearing Dispositive Motions (*Sixty days after the close of all discovery.*) | **July 12, 2010 at 9 a.m.** |
| Preliminary Pretrial Conference at 11 a.m. (*Thirty days before the close of all discovery.*) | **April 26, 2010** |
| Preliminary Pretrial Conference Statements (*Due 10 days before the conference.*) | **April 16, 2010** |

Dated: September 1, 2009

JAMES WARE
United States District Judge

RC1/5370722.1/NB

Amended Stipulation to Modify Scheduling Order - Case No. C08-05633 JW (PVT)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose