1  MICHAEL J. IOANNOU (SBN 95208)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113-2429
3  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
4  Email: mioannou@rmkb.com

5  BETH H. PARKER (SBN 104773)
   ARNOLD & PORTER LLP
6  275 Battery Street, Suite 2700
   San Francisco, CA  94111
7  Telephone:  (415) 356-3000
   Facsimile:  (415) 356-3099
8  Email:  Beth.Parker@aporter.com

9  Attorneys for Defendant
   NAGARRO, INC.
10
   (Additional counsel listed on signature page.)
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16  SIGMA SIX TECHNOLOGIES, INC., a           CASE NO. C08-05633 JW (PVT)
    New York corporation and SIGMA SIX
17  CONSULTING, LLC, a New York limited       **STIPULATION [AND PROPOSED**
    liability company,                        **ORDER] DISMISSING ACTION WITH**
18                                            **PREJUDICE**
                Plaintiffs,
19
    v.
20
    NAGARRO, INC., a New Jersey
21  corporation, T-SYSTEMS ENTERPRISE
    SERVICES GmbH, a German business
22  entity, and DOES 1-10.
                                              Judge:  The Honorable James Ware
23              Defendants.

24

25      IT IS HEREBY STIPULATED by and between the parties to this action, through their

26  designated counsel, that the above-captioned case be and hereby is dismissed with prejudice

27  pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party is to bear its own fees and

28  costs.

Dated: December 10, 2009              ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Michael J. Ioannou (See Exhibit A)
    MICHAEL J. IOANNOU
    Attorneys for Defendant
    NAGARRO, INC.

Dated: December ___, 2009              ARNOLD & PORTER LLP


By: (See Exhibit A)
    BETH H. PARKER
    Attorneys for Defendant
    NAGARRO, INC.

Dated: December ___, 2009              BROOKS WILKINS SHARKET & TURCO


By: (See Exhibit A)
    MICHAEL R. TURCO (*Pro Hac Vice*)
    Attorneys for Defendant
    T-SYSTEMS ENTERPRISE SERVICES GmbH

Dated: December ___, 2009              DHILLON & SMITH LLP


By: (See Exhibit B)
    HARMEET K. DHILLON
    Attorneys for Plaintiffs
    SIGMA SIX TECHNOLOGIES, INC. and
    SIGMA SIX CONSULTING, LLC

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: December 16, 2009

JUDGE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

- 2 -                    Stipulation Dismissing Action With Prejudice;
    [Proposed] Order
    Case No. C08-05633 JW